# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:04-CR-307 MCE
     )
RUBEN CARRILLO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee: **RUBEN CARRILLO**

Detained at (custodian): **Deuel Vocational Institution**

Detainee is: a.) ☒ charged in this district by:
    ☐ Indictment     ☐ Information     ☐ Complaint
    Charging Detainee With: **Violation of Supervised Release**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: /s/ Richard J. Bender
Printed Name & Phone No: RICHARD J. BENDER / 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/08/09
Date

U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | G68222 | DOB: | 1981 |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | 959693PB2 |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | CA Penal Code Section 12021(A)(1) Felon in Possession of a Firearm, and CA Penal Code Section 32 - Accessory After the Fact | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                 (Signature)

Form Crim-48      Revised 11/19/97